

 **Kurraba Group**
https://www.kurrabagroup.com

### Welcome to Kurraba Group - Real Estate Investment and ...

6 Mar 2023 — **Kurraba** is Australia's leading Life Sciences real estate firm. We unlock access to rapid growth and potential, giving communities the power to harness new ...



More results from kurrabagroup.com »

**People also ask**

Who is the owner of Kurraba group?

Who is the biggest real estate company in Australia?

Feedback

 **Daily Mail**
https://www.dailymail.co.uk › news › article-15175947

### Real estate developer sues over alleged extortion attempt

3 days ago — In March, Mr Williams launched the '**Kurraba Group** Exposed' website, which includes articles criticising Kurraba and Mr Smith, the court heard.


Wotton Kearney
https://www.wottonkearney.com › first-published-decisi...

### First published decision on the new statutory tort for serious ...

10 Oct 2025 — The first plaintiff, **Kurraba Group** Pty Ltd (Kurraba), lodged a development application with the City of Sydney to develop and establish the ...


Tracxn
https://tracxn.com › Discover › Companies

### Kurraba Group - 2025 Company Profile & Competitors

31 May 2025 — **Kurraba Group** is an unfunded company based in Sydney (Australia), founded in 2022. It operates as a Real estate investment and development ...


Instagram · kurrabagroup
20+ followers

### Kurraba Group (@kurrabagroup)

At Kurraba, we believe in **responsible urban transformation** that creates resilient, sustainable outcomes for industry and community, whether it's a ...


The Urban Developer
https://www.theurbandeveloper.com › articles › kurraba...

### Plans Filed for $490m Life Sciences Campus at Alexandria

3 Nov 2024 — Specialist life sciences developer **Kurraba Group** has filed plans for a research campus at Alexandria that will "strengthen the global competitiveness of New ...


LinkedIn · Kurraba Group
1.5K+ followers

### Kurraba Group

**Kurraba Group** is Australia's only exclusive life science focussed real estate development and investment management business.

## People also search for

| | |
|---|---|
| Kurraba group **sydney** | Kurraba **Point** |
| Kurraba group **reviews** | Kurraba **alexandria** |
| Kurraba Group **Exposed** | **ION Waterloo** Kurraba |
| Kurraba group **ceo** | Kurraba group **pty ltd & anor v williams 2025 nswdc 396** |

*In response to a legal request submitted to Google, we have removed 6 result(s) from this page. If you wish, you may read more about the request at LumenDatabase.org.*



Gooooooooogle
1 2 3 4 5 6 7 8 9 10    Next

Australia● **Cumberland City Council, Sydney NSW** - From your IP address - Update location

Help    Send feedback    Privacy    Terms