

Search       Topics

Research and Media Mentions       About

Search all notices...       Go

☐ Exact search

# Court Order Complaint to Google

| SENDER | RECIPIENT | SUBMITTER |
|---|---|---|
| [REDACTED] | Google LLC | Google LLC |
| [Private] | [Private] | |
| AU | Mountain View, CA, 94043, US | |
| Sent on October 17, 2025 | | |
| COUNTRY: AU | | |

## Re: Unknown

| NOTICE TYPE: | Court Order |
|---|---|

### Court order 1

| SUBJECT | Google received a request to remove content from our services based on a court order. Due to the nature of the court's order, Google has not provided a copy to Lumen. |
|---|---|
| TARGETED URLS: | 01.  [REDACTED] - 1 URL |

Click here to request access and see full URLs.

| JURISDICTIONS | AU |
|---|---|

| TOPICS | TAGS |
|---|---|
| Court Orders | |

2017 Lumen    Legal    Licenses    Privacy    Researchers    Blog Archive

Spring '22 Research Sprint    Sign In