

http://kurrabagroup.com/upload/team/p2.jpg
https://kurrabagroup.com/company/



https://lifesciencesrealestatesummit.com/wp-content/uploads/Nick-Smith.png
https://lifesciencesrealestatesummit.com/



https://lifesciencesrealestatesummit.com/wp-content/uploads/Cover-1.png
https://lifesciencesrealestatesummit.com/download-program/



https://wpassets.s3.ap-southeast-2.amazonaws.com/wp-content/uploads/2023/03/09062518/pca.jpg
https://www.woodsbagot.com/global-studio/news/studio/in-conversation-with-sarah-kay-director-sydney-studio-chair/



https://nbcf.org.au/wp-content/uploads/2020/02/Lisa-Mountford.jpg
https://nbcf.org.au/love-letters/lisa-diagnosed-2018/



https://www.diktatphotography.com/wp-content/uploads/2016/07/diktatphotography-weddinginsemarabeachhouse-canggu-bali-baliweddingdestination-weddinginbali-baliweddingphotographer-20.jpg

https://www.diktatphotography.com/bali-wedding-destination-maria-dom-at-semara-beach-house-by-diktat.html



https://static.livebooks.com/f075b0dba7bf4c5e8ff2c640e3d0a08d/i/d21e1dc2cbe540b0928c1dcabbc92fe5/2/GCuCv726vxAVM9sgguVj4g/19_0_232_1r1jhp2363.jpg
https://joshhillphotography.com/portraits



https://images.squarespace-cdn.com/content/v1/60d3cdb0dc83fd4785b2472b/1755473586944-GREKN2O1N82NXDROBBQX/25680814-DSC_5778.jpg
https://www.connectmpid.com.au/news/yg28ln7ems0eao5u2fsrkirmmg1wmh



https://images.squarespace-cdn.com/content/v1/57888ea83e00be7706aa9c1a/1526432693095-W0E0Q0LK3TR2MG350ATN/I-Got-You-Babe-Weddings-Vic-Siggy-Barossa-Valley0227.JPG
https://igotyoubabe.com.au/your-wedding-stories/vic-siggy-barossa-valley-sa-hentley-farm



https://cdn.indesignlive.com/media/idlcom/2010/december/parties/nawic/nawic/IMG_7783_.jpg

https://www.indesignlive.com/news/nawic-christmas-cocktails



https://www.diktatphotography.com/wp-content/uploads/2016/07/diktatphotography-weddinginsemarabeachhouse-canggu-bali-baliweddingdestination-weddinginbali-baliweddingphotographer-85.jpg

https://www.diktatphotography.com/bali-wedding-destination-maria-dom-at-semara-beach-house-by-diktat.html



https://www.diktatphotography.com/wp-content/uploads/2016/07/diktatphotography-weddinginsemarabeachhouse-canggu-bali-baliweddingdestination-weddinginbali-baliweddingphotographer-84.jpg

https://www.diktatphotography.com/bali-wedding-destination-maria-dom-at-semara-beach-house-by-diktat.html



https://www.diktatphotography.com/wp-content/uploads/2016/07/diktatphotography-weddinginsemarabeachhouse-canggu-bali-baliweddingdestination-weddinginbali-baliweddingphotographer-91.jpg

https://www.diktatphotography.com/bali-wedding-destination-maria-dom-at-semara-beach-house-by-diktat.html



https://images.squarespace-cdn.com/content/v1/57888ea83e00be7706aa9c1a/1661901364627-T9YIIC266GP0K5CJGMF4/I_Got_You_Babe_Reception_gallery_0121.JPG

https://igotyoubabe.com.au/your-wedding-stories/dance-till-you-drop



https://www.diktatphotography.com/wp-content/uploads/2016/07/diktatphotography-weddinginsemarabeachhouse-canggu-bali-baliweddingdestination-weddinginbali-baliweddingphotographer-54.jpg

https://www.diktatphotography.com/bali-wedding-destination-maria-dom-at-semara-beach-house-by-diktat.html



https://buildcorp.com.au/wp-content/uploads/2024/03/433252425_805047301663814_1823952662930804922_n.jpg
https://pif.com.au/wp-content/uploads/2024/03/DSC01992.jpg