Derek S. Khanna (Cal. Bar No. 308563)
706 Tesoro Road
Monterey, CA 93940
Tel: (202) 643-248
Email: Derek.Khanna@gmail.com

Mark I. Bailen (D.C. Bar No. 459623), *Pro Hac Vice Forthcoming*
Bailen Law
1250 Connecticut Ave NW, Suite 700
Washington, DC 20036
Tel: (202) 656-0422
Email: mb@bailenlaw.com

April Mackenna White (N.Y. Bar No. 4799953), *Pro Hac Vice Forthcoming*
Bailen Law
100 Wall Street, Suite 1702
New York, NY 10005
Tel: (646) 397-3496
Email: mwhite@bailenlaw.com

*Attorneys for the Plaintiff, Kurraba Group Exposed*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **Kurraba Group Exposed**, an unincorporated association,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>**Kurraba Group Pty Ltd,** a New South Wales, Australia, private limited company<br><br>**Nicholas "Nick" Mark Smith**, an individual residing in New South Wales, Australia,<br><br>　　　　Defendants. | Case No. 3:25-cv-09271<br><br>**PLAINTIFF'S NOTICE OF ERRATA AND CORRECTED PARTY DESIGNATION** |

**NOTICE OF ERRATA AND CORRECTED PARTY DESIGNATION**

# KURRABA GROUP EXPOSED NOTICE OF ERRATA

Plaintiff Kurraba Group Exposed, by and through undersigned counsel, respectfully submits this Notice of Errata to correct a clerical error made during electronic case opening.

Due to an inadvertent data entry mistake, Kurraba Group Exposed was entered in the CM/ECF system as a Defendant, when in fact Kurraba Group Exposed is the Plaintiff in this action. The complaint, civil cover sheet, and motion for a temporary restraining order, filed concurrently, reflect the correct alignment of the parties.

Plaintiff therefore requests that the docket be corrected to correctly identify the parties as follows:

- Plaintiff: Kurraba Group Exposed
- Defendants: Kurraba Group Pty Ltd, Nicholas Mark Smith

This correction is purely administrative and does not alter any substantive pleading or filing. It is submitted in connection with the Motion for Temporary Restraining Order and in compliance with Civil Local Rules 7-10 and 65-1(b).

Dated: October 28, 2025

Derek S. Khanna (Cal. Bar No. 308563)
706 Tesoro Road
Monterey, CA 93940
Tel: (202) 643-248
Email: Derek.Khanna@gmail.com

Mark I. Bailen (D.C. Bar No. 459623),
*Pro Hac Vice Forthcoming*
Bailen Law
1250 Connecticut Ave NW, Suite 700
Washington, DC 20036
Tel: (202) 656-0422
Email: mb@bailenlaw.com

April Mackenna White (N.Y. Bar No. 4799953), *Pro Hac Vice Forthcoming*
Bailen Law
100 Wall Street, Suite 1702

Respectfully submitted,

/s/*Derek S. Khanna*

Derek S. Khanna

New York, NY 10005
Tel: (646) 397-3496
Email: mwhite@bailenlaw.com

*Attorneys for the Plaintiff*
*Kurraba Group Exposed*