UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURRABA GROUP EXPOSED,<br><br>   Plaintiff,<br><br>v.<br><br>KURRABA GROUP PTY LTD, et al.,<br><br>   Defendants. | Case No. 3:25-cv-09271-JSC<br><br>**ORDER STRIKING MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. Nos. 2, 5 |

Plaintiff, Kurraba Group Exposed (KGE's), filed this action seeking to enjoin Defendants Kurrana Group Pty Ltd. and Nicholas Mark Smith from enforcing an Australian court order regarding KGE's website in Australia. Plaintiff's Complaint was accompanied by a motion for a temporary restraining order (TRO). (Dkt. No. 2.) Because there are numerous issues with Plaintiff's submissions, the Court STRIKES Plaintiff's filings. (Dkt. Nos. 2, 5.)

First, an attorney must be admitted to practice in the District Court for the Northern District of California before appearing as counsel here. *See* Civ. L.R. 11-1(a). Plaintiff's counsel Derek Khanna is not admitted to practice in this Court. Second, Plaintiff's motion for a temporary restraining order fails to comply with the Local Rules. It has no page numbers. *See* Civ. L.R. 7-2(b) (a motion may not exceed 25 pages in length). The line numbers are sequential throughout every page of the motion up to line 583, rather than with lines 1-28 on each page. *See* Civ. L.R. 3-4(c)(1)-(2). The motion is not double-spaced and does not contain a footer with identifying information regarding the case or motion. *See* Civ. L.R. 3-4(c)(2),(3). Finally, the docket does not indicate Plaintiff provided Defendants notice of the TRO. While the motion includes an email dated October 25, 2025 stating Plaintiff intended to file a TRO, the docket does not reflect notice of the actual TRO. (Dkt. Nos. 2-5; 2-6)

1   Accordingly, the Court STRIKES Plaintiff's motion for a TRO and related filings. Before

2 submitting any additional filings, Plaintiff's counsel must be admitted to practice in this Court and

3 any pro hac vice application must comply with Civil Local Rule 11-3. *See, e.g.*, Civ. L.R. 11-3(b)

4 ("An attorney seeking to appear pro hac vice must submit the application and admission fee at the

5 time of the filing of a complaint or the attorney's first appearance in the case.").

6   This Order disposes of Docket Nos. 2, 5.

7   **IT IS SO ORDERED.**

8 Dated: October 29, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge