Derek S. Khanna (Cal. Bar No. 308563)
706 Tesoro Road
Monterey, CA 93940
Tel: (202) 643-248
Email: Derek.Khanna@gmail.com

Mark I. Bailen (D.C. Bar No. 459623), *Pro Hac Vice Forthcoming*
Bailen Law
1250 Connecticut Ave NW, Suite 700
Washington, DC 20036
Tel: (202) 656-0422
Email: mb@bailenlaw.com

April Mackenna White (N.Y. Bar No. 4799953), *Pro Hac Vice Forthcoming*
Bailen Law
100 Wall Street, Suite 1702
New York, NY 10005
Tel: (646) 397-3496
Email: mwhite@bailenlaw.com

*Attorneys for the Plaintiff, Kurraba Group Exposed*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **Kurraba Group Exposed**, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>**Kurraba Group Pty Ltd,** a New South Wales, Australia, private limited company<br><br>**Nicholas "Nick" Mark Smith**, an individual residing in New South Wales, Australia,<br><br>Defendants. | Case No. Case 3:25-cv-09271<br><br>**DECLARATION OF PLAINTIFF'S COUNSEL DEREK KHANNA PURSUANT TO LOCAL CIVIL RULE 65-1(a)(5)** |

I, Derek S. Khanna, declare as follows:

1. I am an attorney licensed in the State of California and counsel of record for Plaintiff Kurraba Group Exposed ("Plaintiff" or "KGE") in the above-entitled action. The facts stated herein are within my personal knowledge or based on information provided to me by my client, Plaintiff Group Kurraba Exposed.

2. I make this declaration pursuant to Civil Local Rule 65-1 to certify that notice has been provided to the Defendants regarding Plaintiff's application for a Temporary Restraining Order ("TRO") seeking, inter alia, to enjoin enforcement of the Judgment issued in *Kurraba Group Pty Ltd & Anor v Williams* [2025] NSWDC 396 by the District Court of New South Wales on October 7, 2025 (the "Australian Action"), attached hereto as Exhibit 1.

3. Specifically, on October 30, 2025, I sent by email a copy of the Verified Complaint, the Motion for a Temporary Restraining Order, and all accompanying papers (ECF Nos. [1-2, 5]) to the following:

(i.) James Micallef (jim.micallef@corrs.com.au) and Mark Wilks (mark.wilks@corrs.com.au) of Corrs Chambers Westgarth, Defendants' counsel of record in the Australian Action.

(ii.) Defendant Kurraba Group Pty Ltd limited (info@kurrabagroup.com).

A true and correct copy of the October 30, 2025 email serving the Rule 65-1 notice to Kurraba Group Pty Ltd and to counsel for Kurraba Group Pty Ltd and Nicholas Smith is attached as Exhibit 2.

4. Previously, on October 25, 2025, Plaintiff sent an email ("October 25 Email") to Defendants advising them of Plaintiff's intent to seek an *ex parte* Temporary Restraining Order in the United States District Court, including a summary of the relief to be requested. On October 22, 2025, Plaintiff sent an email ("October 22 Email") to Defendants attaching a draft of the Complaint in this Action. Both the October 22 and 25 emails were sent to

1   info@kurrabagroup.com and to attorneys Jim Micallef (jim.micallef@corrs.com.au) and Mark

2   Wilks (mark.wilks@corrs.com.au). Although no recipient responded to the October 22 Letter,

3   email tracking software used by Plaintiff indicates that the letters were opened at least seven

4   times by the recipients.

5       I declare under penalty of perjury under the laws of the United States of America,

6   pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on: October 30, 2025        Signed under penalty of perjury,

Derek S. Khanna (Cal. Bar No. 308563)
706 Tesoro Road
Monterey, CA 93940
Tel: (202) 643-2483        /s/*Derek S. Khanna*
Email: Derek.Khanna@gmail.com

                        Derek S. Khanna

*Attorney for the Plaintiff*
*Kurraba Group Exposed*