

Derek Khanna <derek.khanna@gmail.com>

# Rule 65-1 Notice of TRO

**Derek Khanna** <derek.khanna@gmail.com>  Thu, Oct 30, 2025 at 6:11 PM
To: jim.micallef@corrs.com.au, mark.wilks@corrs.com.au, info@kurrabagroup.com
Cc: Mark Bailen <mb@bailenlaw.com>, Mackenna White <mwhite@bailenlaw.com>

Dear Mr. Micallef, Mr. Wilks, Mr. Westgarth and Kurraba Group Pty Ltd,

I represent Kurraba Group Exposed, with my co-counsel CC'ed on this email.

We have filed, and are in the process of refiling pursuant to a local rule, a Verified Complaint, Motion for a Temporary Restraining Order and a Memorandum of Law in Support thereof in the United States District Court for the Northern District of California - San Francisco Division.

Please see attached.

Sincerely,
Derek Khanna
Attorney for Kurraba Group Exposed
CA Bar (308563)

**3 attachments**

 **1-1-Complaint-1.pdf**
294K

 **2-1-Motion-For-Injunction-1.pdf**
240K

 **2-2-Memo-of-Law-1.pdf**
359K