# Appeal Request - https://wwww.kurrabagroup.exposed/ - Restricted

| | |
|---|---|
| From | Kurraba Group <kurrabagroup@proton.me> |
| To | legal-notices@google.com |
| Date | Monday, October 20th, 2025 at 8:29 AM |

Dear Google,

We have recently noticed that several pages on our website https://wwww.kurrabagroup.exposed/ have been removed from the Google index in Australia. Specifically our homepage https://wwww.kurrabagroup.exposed/ has been removed.

We understand that some of the content might be problematic on the blog posts (but believe the entire site to be lawful); however, the home page itself should be restored immediately as there is no problematic or even potentially defamatory materials on the homepage.

What is the process to request re-consideration of removing the homepage URL: https://wwww.kurrabagroup.exposed/ and any other URLs?

Sent with Proton Mail secure email.