October 25, 2025

*Via Email*

**Corrs Chambers Westgarth**
Attn: Jim Micallef, Esq. and Mark Wilks, Esq.

**Nicholas "Nick" Mark Smith**
40 Curtis Road
Balmain NSW 2041
Australia

**KURRABA GROUP PTY LTD (ACN 662 323 695)**
Level 15 124 Walker Street
North Sydney NSW 2060
Australia

**Google LLC**
Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833
United States

*Re: Local Rule 65-1 Notice – Intent to File Temporary Restraining Order Application (Kurraba Group Exposed v. Kurraba Group Pty Ltd, et al., N.D. Cal.)*

Dear Counsel and Parties:

Please take notice that **Plaintiff, Kurraba Group Exposed ("KGE"),** intends to file an ex parte application for a Temporary Restraining Order ("TRO") in the United States District Court for the Northern District of California, San Francisco Division, on **Monday, October 28, 2025, at approximately 12:00 p.m. (noon) Pacific Time**. The TRO application will concern the suppression of KGE's website and speech arising from foreign legal actions initiated by **Defendants Kurraba Group Pty Ltd,** and **Nicholas "Nick" Mark Smith**, and enforced by nominal defendant Google LLC. We will seek immediate injunctive relief to prevent further enforcement of those foreign measures that restrain KGE's online speech.

This notice is being provided in accordance with **Civil Local Rule 65-1** of the Northern District of California, which requires that, unless otherwise ordered by the Court for good cause, notice of an ex parte TRO motion be delivered to opposing counsel or parties on or before the day of filing. A copy of the TRO application and all supporting papers will be promptly provided to you via email as soon as the documents have been filed with the Court.

If you have any questions or wish to discuss this matter, please do not hesitate to contact the undersigned.

Sincerely,

James Smith,

Representative for Kurraba Group Exposed (KGE)