KURRABA GROUP EXPOSED NOTICE OF VOLUNTARY DISMISSAL

Derek S. Khanna (Cal. Bar No. 308563)
706 Tesoro Road
Monterey, CA 93940
Tel: (202) 643-248
Email: Derek.Khanna@gmail.com

Mark I. Bailen (D.C. Bar No. 459623), *Pro Hac Vice Forthcoming*
Bailen Law
1250 Connecticut Ave NW, Suite 700
Washington, DC 20036
Tel: (202) 656-0422
Email: mb@bailenlaw.com

April Mackenna White (N.Y. Bar No. 4799953), *Pro Hac Vice Forthcoming*
Bailen Law
100 Wall Street, Suite 1702
New York, NY 10005
Tel: (646) 397-3496
Email: mwhite@bailenlaw.com

*Attorneys for the Plaintiff, Kurraba Group Exposed*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **Kurraba Group Exposed**, an unincorporated association,<br><br>      Plaintiff,<br><br>      v.<br><br>**Kurraba Group Pty Ltd,** a New South Wales, Australia, private limited company<br><br>**Nicholas "Nick" Mark Smith**, an individual residing in New South Wales, Australia,<br><br>      Defendants. | Case No. 3:25-cv-09271-JSC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

KURRABA GROUP EXPOSED NOTICE OF VOLUNTARY DISMISSAL

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41

1  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

2  hereby gives notice that the above-captioned action is voluntarily dismissed without

3  prejudice. The Defendants have not appeared in this matter.

Dated: November 9, 2025    Respectfully submitted,

Derek S. Khanna (Cal. Bar No. 308563)
706 Tesoro Road
Monterey, CA 93940
Tel: (202) 643-248    /s/*Derek S. Khanna*
Email: Derek.Khanna@gmail.com
                        Derek S. Khanna
Mark I. Bailen (D.C. Bar No. 459623),
*Pro Hac Vice Forthcoming*
Bailen Law
1250 Connecticut Ave NW, Suite 700
Washington, DC 20036
Tel: (202) 656-0422
Email: mb@bailenlaw.com

April Mackenna White (N.Y. Bar No. 4799953), *Pro Hac Vice Forthcoming*
Bailen Law
100 Wall Street, Suite 1702
New York, NY 10005
Tel: (646) 397-3496
Email: mwhite@bailenlaw.com

*Attorneys for the Plaintiff*
*Kurraba Group Exposed*